UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

BRAULIO CALDERA,
Plaintiff,

vs.                                                04-4038

ROBERT ADAMS, et al.
Defendants.

### ORDER

On June 24, 2004, the court entered a Prepayment Order in this case informing the plaintiff that he must pay an initial partial filing fee of $ .67 on or before July 22, 2004. *See* June 24, 2004 Prepayment Order. The plaintiff was warned that if he failed to pay the initial partial filing fee, his motion to proceed in forma pauperis would be denied and his case could be dismissed.

On July 23, 2004, the court entered an order clarifying the status of two cases filed by the plaintiff, Case No. 04-4038, *Caldera v. Adams* and Case No. 04-4039, *Caldera v. Rock Island*. The plaintiff was again advised that a prepayment order had been entered in this case.

On November 8, 2004, the court advised the plaintiff that his case could be dismissed for failure to pay the filing fee. However, since the plaintiff was representing himself and could be confused due to the rulings in two cases, the court allowed the plaintiff one last extension of time to pay the initial partial filing fee. The plaintiff was advised he must pay the $.67 on or before November 22, 2004.

On November 12, 2004, the court's order was returned to the court with a notation informing the court the plaintiff was no longer at the Scott County Detention Center. The plaintiff has also been previously advised that he must inform the court of any address change within seven days of the change. *See* July 23, 2005 Court Order. The plaintiff has not taken any action in this case since he initially filed this lawsuit on June 14, 2004.

**IT IS THEREFORE ORDERED that:**

1) **The clerk is directed to dismiss this case in its entirety with prejudice for failure to prosecute with due diligence and failure to pay the initial partial filing fee. See Fed. R. Civ. P. 41(b).**

2) **The plaintiff is responsible for ensuring the $150.00 filing fee is paid to the clerk of the court. Release from incarceration does not relieve the plaintiff of the obligation to pay the filing fee in full.**

Enter this 21st day of December, 2004.

s\Harold A. Baker
_____
HAROLD BAKER
UNITED STATES DISTRICT JUDGE

1