AO 450 (Rev. 5/85) Judgment in a Civil Case

**E-FILED**
Thursday, 23 December, 2004 10:44:56 AM
Clerk, U.S. District Court, ILCD

# United States District Court

### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

FILED
DEC 23 2004
U.S. C...
ROCK...

**BRAULIO CALDERA**

vs.

Case Number: **04-4038**

**ROBERT ADAMS, et al**

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**XX  IT IS ORDERED AND ADJUDGED** that this case is dismissed in its entirety with prejudice for failure to prosecute wiht due diligence and failure to pay the initial partial filing fee.

ENTER this 23rd day of December, 2004

JOHN M. WATERS, CLERK

_____s/T. Peeples_____
BY:  DEPUTY CLERK